UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00402-FDW-DSC

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ITG VOMA CORPORATION and )<br>VOMA TIRE CORPORATION, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on the Joint Motion to Lift Stay and Dismiss Action Without Prejudice (the "Motion") filed by Plaintiff American Tire Distributors, Inc. and Defendants ITG Voma Corporation and Voma Tire Corporation (Doc. No. 22). The Court having read and considered the Motion, for good cause shown, it is hereby,

**ORDERED** that the Motion is **GRANTED**, the December 16, 2015 stay of this matter is lifted, and the action is DISMISSED WITHOUT PREJUDICE, with each side to pay its own costs and attorneys' fees incurred in connection with this action.

**IT IS SO ORDERED.**

Signed: March 18, 2016

Frank D. Whitney
Chief United States District Judge